IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY MARTINEZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:20-cv-00410 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| AMERITALIA, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Parties' Joint Motion to Approve Settlement Agreement. (Doc. No. 42). In support of the Motion, the Parties incorporated a memorandum of law and filed the proposed settlement agreement. (*See* Doc. Nos. 42 and 42-1).

The Court has reviewed the parties' settlement agreement. It appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the proposed settlement agreement is **APPROVED** and this case is **DISMISSED WITH PREJUDICE** based upon the parties' agreement.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE