# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Kimberly Martinez, et al.

                                    Plaintiff,

v.                                                                               Case No.: 3:20−cv−00410

Cocos Finezza Italian, LLC, et al.

                                    Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/12/2022 re [43].

                                                                                            Lynda M. Hill
                                                            s/ Kim Chastain, Deputy Clerk